IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50782
Summary Calendar
_____

UNITED STATES OF AMERICA ET AL.,

Plaintiffs,

R.D. PLUNKETT; JAN C. PLUNKETT,

Plaintiffs-Appellants,

versus

FALLS COUNTY ET AL.,

Defendants,

LARRY PAMPLIN ET AL.,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CV-85
- - - - - - - - - - -
June 10, 1996

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

R.D. Plunkett and Jan Plunkett appeal the district court's
partial dismissal of their action, brought under 42 U.S.C. § 1983
and RICO, 18 U.S.C. § 1961 et. seq., for failure to state a claim
and the court's grant of summary judgment in favor of the

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

remaining defendant. We have conducted a <u>de</u> <u>novo</u> review of the record and affirm the partial dismissal for essentially the same reasons set forth by the district court. <u>United States v. Falls County</u>, No. W-94-CA-085 (W.D. Tex. June 9, 1995). We have conducted a <u>de</u> <u>novo</u> review of the record and affirm the summary judgment for essentially the same reasons set forth by the district court. <u>United States v. Falls County</u>, No. W-94-CA-085 (W.D. Tex. Sept. 25, 1995).

AFFIRMED.